UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BERNARD CLYDE MCGEE,

        Plaintiff,

v.                  Case No. 3:11-cv-1236-J-34JBT

SGT. SAMUEL E. MASON,

        Defendant.

### ORDER

1. Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Motion to Dismiss) (Doc. #18) is **PARTIALLY GRANTED.** Insofar as Plaintiff seeks monetary damages from Defendant Mason in his official capacity,[1] the Eleventh Amendment bars suit; all remaining portions of the Motion to Dismiss are **DENIED.**

2. Defendant Mason, **on or before October 31, 2012,** shall answer or otherwise respond to Plaintiff's Amended Complaint (Doc. #4), filed December 12, 2011.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of September, 2012.

MARCIA MORALES HOWARD
United States District Judge

---

[1] See Amended Complaint (Doc. #4) at 7, paragraph 13.

```
sc 9/10
c:
Bernard Clyde McGee
Ass't Attorney General (Neiberger)
```